# EXHIBIT 1



U.S. Immigration and Customs Enforcement
Enforcement and Removal Operations

## Separated Parent's Removal Form

**Purpose:** This form is for detained alien parents with administratively final orders of removal who are class members in the *Ms. L. v. I.C.E.*, No. 18-0428, (S.D. Cal. Filed Feb. 26, 2018) lawsuit. Class members are entitled to be reunited with their child(ren) and may choose for their child(ren) to accompany them on their removal or may choose to be removed without their child(ren).  Any such decision must be made affirmatively, knowingly, and voluntarily.

**Instructions:** This form must be read to the alien parent in a language that he/she understands. The alien parent should indicate which option he/she is choosing by signing the appropriate box below.

**Parent Name / Nombre de Padre:** _____
**Parent A # / A # de Padre:** _____
**Country of Citizenship / Pais de Ciudadania:** _____
**Detention Facility / El Centro de Detención:**  _____

**Child(ren) Name(s) / Nombre de Hijo:**
_____
**Child(ren) A # / A # de Hijo:** _____
**Shelter / Albergue:** _____

---

**English:** *I am requesting to reunite with my child(ren) for the purpose of repatriation to my country of citizenship.*

**Signature / Firma:** _____

---

**English:** *I am affirmatively, knowingly, and voluntarily requesting to return to my country of citizenship without my minor child(ren) who I understand will remain in the United States to pursue available claims of relief.*

**Signature / Firma:** _____

---

### Certificate of Service

I hereby certify that this form was served by me at_____
                                                                                          (Location)
on _____ on _____, and the contents of this
           (Name of Alien)                                      (Date of Service)

notice were read to him or her in the _____ language.
                                                                  (Language)

_____                    _____
        Name and Signature of Officer                                  Name or Number of Interpreter (if applicable)