UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M.M.M., on behalf of his minor child, J.M.A., *et al.*,

**Plaintiffs,**

v.

Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,

**Defendants.**

CIVIL ACTION NO. _____

**PLAINTIFFFS' MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

Plaintiffs hereby move this Court, pursuant to Federal Rule of Civil Procedure 65(b) and Local Rule 65.1 to enter an immediate Temporary Restraining Order ("TRO") against Defendants' policy of removing children from the United States before permitting them the opportunity seek asylum pursuant to their rights under the Immigration and Nationality Act ("INA") (including 8 U.S.C. §§ 1158, 1225, or 1229a), the Fifth Amendment of the Constitution, and the Mandamus Act (the "Policy"), pending a full hearing before this Court on, and this Court's adjudication of, Plaintiffs' Motion for a Preliminary Injunction. Plaintiffs further move this Court, pursuant to Federal Rule of Civil Procedure 65(a) and Local Rule 65.1, to preliminary enjoin the Policy and order Defendants to provide all non-citizen children who were separated from their parents or guardians upon (or after) entry into the United States with their rights to

petition for asylum under Section 240 and Section 235 of the INA following reunification with, and in consultation with, their parents or guardians, until such proceedings are terminated.

For the reasons more fully set forth in the accompanying Memorandum of Law in Support of Plaintiffs' Application for Temporary Restraining Order and Preliminary Injunction, Plaintiffs are entitled to a temporary restraining order and a p reliminary injunction because (1) they can demonstrate a substantial likelihood of success on the merits of their claims for a permanent injunction against the Policy; for a declaratory judgment that the Policy violates the INA, the Administrative Procedure Act, and the Fifth Amendment to the Constitution; and/or for a Writ of Mandamus to compel Defendants to comply with the INA; (2) they will suffer irreparable harm if they are removed from the United States without being provided with their constitutional and statutory right to seek asylum; and (3) issuance of a temporary restraining order and/or preliminary injunction is in the public interest and the balance of equities favors Plaintiffs, because it protects Plaintiffs' rights under the Fifth Amendment to the Constitution and under the INA to pursue asylum based on Plaintiffs' well-founded fear of persecution and life-threatening violence in their country of origin.

Plaintiffs request a hearing on their Motion for Preliminary Injunction pursuant to Local Rule 7(f). For the reasons stated in the accompanying Motion to Request Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction, Plaintiffs request a hearing on or before August 9, 2018.

Proposed orders and the certificate of counsel in accordance with Local Rule 65.1 accompany this Motion.

Respectfully submitted,

Date:   July 27, 2018

_____
Justin W. Bernick (DC Bar No. 988245)
*T. Clark Weymouth
*Zachary W. Best
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
t.weymouth@hoganlovells.com
zachary.best@hoganlovells.com

*Oliver J. Armas
*Ira M. Feinberg
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3020
Facsimile: (212) 918-5310
oliver.armas@hoganlovells.com
ira.feinberg@hoganlovells.com

*Katherine A. Nelson
**HOGAN LOVELLS US LLP**
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 454-2539
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

*admission pro hac vice to be sought*

*Attorney for Plaintiffs*