# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

M.M.M., on behalf of his minor child, J.M.A., *et al.*,

**Plaintiffs,**

**v.**

Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,

**Defendants.**

**CIVIL ACTION NO. _____**

**DECLARATION OF L.A.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION**

Yo, ███████████████████, declaro y digo abajo de 28 U.S.C. § 1746:

1.    Yo tengo 10 años. Yo hablo español.  Yo prometo decir la verdad. Yo soy muy tímida y no me gusta hablar de las cosas malas que me han pasado. Pero, puedo hablar de todas estas cosas que yo declare aquí si es necesario. Escribo este declaración jurada en apoyo de la Moción de los Demandantes por Orden de Restricción Temporal y Mandato Preliminar.

2.    Yo me fui de Guatemala con mi madre, ███████████████, porque tengo miedo de mi abuelo. Él me tocó en maneras que no me gustaba, en partes de mi cuerpo que son privadas. Mi madre intentó conseguir ayuda de la policía para protegerme. Ellos le ignoraron. Mi abuelo se enojó mucho con mi madre, y ha mandado la mara para matar a nosotras dos.

3.    Yo vine a los Estados Unidos porque tengo miedo vivir en Guatemala y quiero estar segura. Nosotras cruzamos la frontera el 14 de junio, 2018.

4.    Estuvimos arrestados y llevados a un lugar que se llama *la hielera*. A mi madre y a mí nos pusieron en una celda. Tuvimos hambre, sueño, frio, y miedo.

5.    Un oficial nos sacaron de la celda e hizo preguntas a mi mamá. Nadie me hizo preguntas. Mi madre dijo al oficial que tuvimos miedo regresar a Guatemala por lo que mi abuelo me hizo. El oficial le gritó. Él le preguntó, "porque me están diciendo mentiras de porque vienen, ustedes son todos lo mismo." No nos creyeron. Yo tuve vergüenza.

6.    Más tarde este mismo día, nos sacaron de la celda de nuevo. El oficial dijo a mi mamá que me iban a poner en adopción.

7.    Dos días después me quitaron de mi madre. Me llevaron en un carro a un lugar que se llama *la perrera*. Me pusieron en una jaula. Tuvo miedo y lloraba. Estuve en *la perrera* por cuatro días. Después, me llevaron a un lugar en Raymondville, Texas para niños que no tienen padres.

8.      No hablé con mi mamá por muchos días. No sabía si le iba a ver otra vez. Me dijeron que no sabía dónde estaba. Lloré todos los días.

9.      Muchas semanas después hablé con mi mamá por teléfono por primera vez. Yo dije a mi mamá que yo tuve miedo donde yo estaba y yo quería que ella me sacaba de allá. Ella me preguntó que me pasaba pero no le podía decir porque mi trabajador social estaba a mi lado. No tuvimos chance de hablar de nuestro miedo de regresar a Guatemala. Estuve enferma mientras que estuve separada de mi mamá. Esto lo hizo aún más difícil para mí, porque quería mucho estar con ella. Hablé con mi mamá tres o cuatro veces mientras que estuve separada de ella.

10.     No vi a mi mamá por 35 días, desde el 16 de junio, 2018 hasta el 23 de julio, 2018. Ahora estamos detenidas juntas en Dilley, Texas.

11.     Tengo miedo de estar separada de mi madre de nuevo. Estoy triste todo el tiempo y necesito a ella conmigo. Tengo miedo todos los días que alguien me la va a quitar.

12.     Me gustaría quedarme en los Estados Unidos donde mi madre y yo podemos estar seguras de la mara y de mi abuelo. Quiero estar con mi mamá, quien me ama y me protege. Es difícil para mí hablar de todo lo que me ha pasado. Cuando alguien pregunta porque tengo miedo, empiezo a llorar y no puedo para. Mi mamá puede explicar todo para mí.

13.     Nunca he hablado con un juez de inmigración ni un oficial de asilo sobre porque tengo miedo de regresar a Guatemala.

14.     Mi abogada me ayudó decir a los oficiales de inmigración que yo tengo miedo regresar a mi país. Nosotros escribimos una carta juntas porque yo quiero aplicar para el asilo. Nadie contestó a mi carta.

15.     A mi madre le ordenaron deportada. A mí, no.

16.     Mi madre me dijo que nos van a regresar para Guatemala. No quiero regresar porque tengo miedo.

Yo declaro bajo pena de sanción por perjurio bajo las leyes de los Estados Unidos de América que lo precedente es verdadero y correcto.

Ejecutado el 26 de julio, 2018, en Dilley.



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

M.M.M., on behalf of his minor child, J.M.A., *et al.*,

**Plaintiffs,**

**v.**

Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,

**Defendants.**

**CIVIL ACTION NO. _____**

**DECLARATION OF L.A.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION**

I, ██████████████████, declare and state under 28 U.S.C. § 1746:

1.      I am 10 years old.  I speak Spanish.  I promise to tell truth. I am very shy and don't like to talk about the bad things that have happened to me. But, I can talk about all of these things I declare here, if necessary.  I write this affidavit in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2.      I left Guatemala with my mother, ██████████████████ because I am afraid of my grandfather. He touched me in ways I did not like, on parts of my body that are private. My mother tried to get help from the police to protect me. They ignored her. My grandfather got very mad at my mother, and has sent the mara [translated to English as the gang] to kill both of us.

3.      I came to the United States because I am afraid to live in Guatemala, and want to be safe. We crossed the border on June 14, 2018.

4.      We were arrested and taken to a place called the *hielera* [translated to English as *the ice box*]. My mother and I were placed in a cell. We were hungry, tired, cold, and afraid.

5.      An official took us out of the cell and asked my mom questions. No one asked me any questions. My mom told the official we were afraid to go back to Guatemala because of what my grandfather did to me. The official yelled at her. He asked her, "why are you telling me lies about why you came, you are all the same." They did not believe us. I felt ashamed.

6.      Later that same day, they took us out of the cell again. The official told my mom they were going to put me up for adoption.

7.      Two days later they took me away from my mother. I was taken in a car to a place called the *perrera* [translated to English as the dog pound]. I was placed in a cage. He/She was

afraid and cried. I was in the dog pound for four days. After, I was taken to a place in Raymondville, Texas for children who do not have parents.

8.      I did not talk to my mom for many days. I did not know if I would ever see her again. They told me they did not know where she was. I cried every day.

9.      Many weeks later I talked to my mom on the phone for the first time. I told my mom that I was scared where I was and that I wanted her to take me out of there. She asked me what was wrong, but I could not tell her because my case manager was next to me. We did not have a chance to talk about our fears to return to Guatemala. I was sick while I was separated from my mother. This made it even harder for me, because I really wanted to be with her. I talked to my mom three of four times while I was separated from her.

10.      I did not see my mom for 35 days, from June 16, 2018, to July 23, 2018. We are now detained together in Dilley, Texas.

11.      I am afraid of being separated from my mother again. I am sad all of the time and I need her with me. I am afraid every day that someone will take her away from me.

12.      I would like to stay in the United States where my mother and I can be safe from the mara[, the gang] and from my grandfather. I want to be with my mom, who loves me and protects me. It is hard for me to talk about everything that has happened to me. When someone asks me why I am afraid, I start to cry and cannot stop. My mom can explain everything for me.

13.      I have never talked with an immigration judge or asylum officer about why I am afraid to return to Guatemala.

14.      My lawyer helped me tell immigration officials that I am afraid to return to my country. We wrote a letter together because I want to apply for asylum. No one responded to my letter.

15.     My mother was ordered deported. I was not.

16.     My mom told me that we are going to be sent back to Guatemala. I do not want to go back, because I am afraid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July 2018, in Dilley,


_____[signed]_____
████████████████████████

## CERTIFICATION BY TRANSLATOR

I certify that I am fluent in both the English and Spanish languages and that the attached translation of the accompanying Declaration of L.A.A. is a true and correct translation of the original.

 Gabriella Morello
Name of Translator

 gabriella.morello@hoganlovells.com
Email Address

 305.459.6500
Phone Number

Signature

 27 July 2018
Date