# EXHIBIT 3

Yo, ███████████████ declaro y digo abajo de 28 U.S.C. § 1746:

1. Tengo nueve años. Hablo Español. Prometo decir la verdad sobre lo que me ha pasado. Presento esta declaración en apoyo de la Moción de los Demandantes por Orden de Restricción Temporal y Mandato Preliminar.

2. Salí de Honduras con mi mamá, ███████████████, porque tengo miedo de vivir en Honduras. En Honduras, gente mala hirió a mi mamá y amenazaron con hacerme daño porque somos mormonas y porque ellos creen que mi mamá hablo mal de ellos a la policía.

3. Viajé con mi mamá por Guatemala y México para llegar a los Estados Unidos. Llegamos a los Estados Unidos el 12 de Junio del 2018 y cruzamos la frontera. Vinimos aquí porque queremos protección.

4. Oficiales de inmigración nos arrestaron y nos llevaron a la hielera. Nos pusieron en una celda y nos dieron mantas de aluminio porque teníamos mucho frío. Las mantas no nos ayudaban. Estábamos congelándonos.

5. Un oficial nos sacó de la celda para hacerle preguntas a mi mamá. Me preguntó de dónde somos y a dónde íbamos. Le preguntó a mi mamá si teníamos miedo de regresar a Honduras y ella dijo que sí. No me hizo preguntas a mi.

6. Después nos llevaron a la perrera. Cuando llegamos a la *perrera*, me dijeron que mi mamá tenía que ir a la Corte. Era el 14 de Junio del 2018. Me dijeron que iba a estar separada de mi por dos días y que luego nos juntarian. Le dijeron esto a muchos otros niños. Me dijeron que hiciera fila con otros 15 niños aproximadamente. Todos los niños estaban llorando. Yo estaba llorando también.

7. Estuve en la *perrera* por cuatro días sin mi mamá. Tambien teniamos que dormir en el suelo de la *perrera*. Una vez, mientras estaba durmiendo un guardia quiso despertarme y me patió con su bota.

8. El Domingo, mi último día en la *perrera*, un oficial llamó mi nombre. Me llevaron al aeropuerto en un furgón. Tenía miedo porque no sabía a dónde iba. La mujer que estaba viajando conmigo me dijo que estábamos viajando a Nueva York para que me reunieran con mi mamá. Me puse muy feliz. Tuvimos que tomar dos vuelos. En el primer vuelo, la mujer se enojó conmigo porque me puse a hablar con otro pasajero que era muy amable. Cuando estaba en el segundo vuelo, la mujer me dijo que mi mamá no iba a estar en Nueva York y que en vez de eso yo iba a estar en un hogar para niños que no tienen papás. Yo me puse a llorar. Lloré durante el resto del viaje.

9. Estuve en Nueva York en un hogar por 32 días. Tenía una madre de acogida. Es mejor para un niño vivir con la madre de verdad. Mis hermanos de acogida me pegaban. El primo de mi madre de acogida me gritaba. Ella me dijo que nunca iba a ver a mi mamá de nuevo, y que me iban a deportar a Honduras. Esto me hizo llorar. Me puso muy triste. Cuando estaba con mi mamá me siento feliz.

10. Cuando llegué a Nueva York no sabía donde estaba mi mamá. No sabía si alguna vez la vería de nuevo. No hablé con ella durante muchos días.

11. Cuando llegué a Nueva York me dijeron que firmara mis papeles. Nadie me los explicó. No sé lo que dicen.

12. La primera vez que hablé con mi mamá, mi mamá lloró. Le dije que quería estar con ella. Estaba feliz de escuchar su voz, pero triste de que estuviéramos hablando por el teléfono en vez de hablar en persona como yo quería. Al principio, se me permitía hablar con mi

mamá una vez a la semana por diez minutos. Después de eso, me dijeron que podía hablar con mi mamá dos veces a la semana. Cuando hablábamos por teléfono mi mamá me decía que me cuidara. Me preguntaba cómo estaba y cómo me estaban tratando. Me preguntaba cómo me estaba yendo en en la escuela, si estaba aprendiendo Inglés o matemáticas. No hablamos sobre nuestro miedo de regresar a Honduras.

13. Me reunieron con mi mamá el 17 de Julio del 2018. Cuando vi a mi mamá por la primera vez después de que se la llevaron lejos de mi, yo estaba en un cuarto con muchos otros niños. La podía ver desde la ventana. La saludé con mi mano tan rápido como pude. Estaba tan feliz. Nos abrazamos y lloramos.

14. Mi mamá y yo ahora estamos detenidas juntas en Dilley, Texas. Quisiéramos estar libres. Es difícil vivir en una cárcel.

15. Tengo miedo de ser separada de mi mamá otra vez. Hay una escuela en este centro en Dilley. Cuando recién llegué, tenía mucho miedo de ir a la escuela. Tenía miedo de que iba a ser separada de mi mamá de nuevo si iba a estudiar. Pensaba que iba a ir a la escuela y nunca más la iba a ver. Tenía miedo de que iban a engañarme.

16. No puedo volver a Honduras porque no estaré segura. Estaré en peligro.

17. No he tenido la oportunidad de contarle a un juez de inmigración o a un oficial de asilo por qué tengo miedo de volver a Honduras. Le dije a mi trabajador social en el hogar en Nueva York que tenía miedo de regresar a Honduras.

18. Escribí una carta con mi abogado para pedir una oportunidad para explicar por qué yo quiero obtener asilo en los Estados Unidos. Eso fue hace una semana. Aún no he hablado con nadie sobre mis miedos.

19. Un juez ordenó que deportaran a mi mamá.

20. Alguien me dijo que iba a ser deportada con mi mamá. Quiero estar con mi mamá, pero no quiero que me deporten.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto.

Ejecutado el día 26 de Julio del 2018, en Dilley, Texas.

███████████████

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF G.M.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

I, █████████████████████████, declare and state under 28 U.S.C. § 1746:

1. I am 9 years old. I speak Spanish. I promise to tell the truth about what has happened to me. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2. I left Honduras with my mom, █████████████████████████, because I am afraid to live in Honduras. In Honduras, bad people hurt my mom and threatened to hurt me because we are Mormans and because they think my mom spoke bad about them to the police.

3. I traveled with my mom through Guatemala and Mexico to get to the United States. We arrived to the United States on June 12, 2018, and crossed the border. We came here because we want protection.

4. Immigration officials arrested us and took us to the *hielera* [or translated to English as *the ice box*]. They put us in a cell and gave us aluminum blankets because we were very cold. The blankets did not help us. We were freezing.

5. An official took us out of the cell to ask my mom questions. He asked me where we were from and where we were going. He asked my mom if we are afraid to return to Honduras, and she said yes. He didn't ask me any questions.

6. Next they took us to the *perrera* [or translated to English as *dog pound*]. When we got to the *perrera,* they told me that my mom had to go to court. It was June 14, 2018. They said she would be separated from me for two days, and that later they would reunite us. They said this to many other children. They told me to stand in line with approximately 15 other children. All of the children were crying. I was crying too.

7. I was in the *perrera* for four days without my mom. We also had to sleep on the floor at the *perrera.* One time, while I was sleeping, a guard wanted to wake me up, and he kicked me with his boot.

8. On Sunday, my last day in the *perrera,* an official called my name. I was taken to the airport in a van. I was afraid because I did not know where I was going. The lady who was traveling with me told me we were traveling to New York so they could reunite me with my mom. I got very happy. We had to take two flights. On the first flight, the lady got mad at me because I started talking with another passenger who was very nice. When I was on the second flight, the lady told me that my mom was not going to be in New York, and instead, that I was going to a shelter for children who do not have parents. I started to cry. I cried the rest of the trip.

9. I was in New York in a shelter for 32 days. I had a foster mom. It is better for a child to live with your real mom. My foster siblings hit me. My foster mother's cousin yelled at me. She told me that I was never going to see my mom again, and that I was going to be deported to Honduras. This made me cry. It made me feel very sad. When I am with my mom I feel happy.

10. When I got to New York I did not know where my mom was. I did not know if I would ever see her again. I did not talk to her for many days.

11. When I arrived to New York, I was told to sign many papers. No one explained them to me. I do not know what they said.

12. The first time I spoke with my mother, my mother cried. I told her I wanted to be with her. I was happy to hear her voice, but sad to talk to her by phone instead of talking in person like I wanted. At first, I was only allowed to talk to my mom one time per week for 10 minutes. After that, they told me I could talk to my mom two times a week. When we talked on

the phone, my mom told me to take care of myself. She asked me how I was and how they were treating me. She asked me how I was doing in school, if I was learning English and math. We did not talk about our fears of returning to Honduras.

13. I was reunified with my mother on July 17, 2018. When I saw my mom for the first time after they took her far away from me, I was in a room with many other children. I could see her from the window. I waved at her as fast as I could. I was so happy. We hugged each other and cried.

14. My mom and I are now detained together in Dilley, Texas. We wish we were free. It is hard to live in jail.

15. I am afraid of being separated from my mother again. There is a school in this center in Dilley. When I first got here, I was very scared to go to school. I was afraid I would be separated from my mom again if I went to study. I thought I would go to school, and never see her again. I was afraid I would be tricked.

16. I cannot go back to Honduras because I will not be safe. I will be in danger.

17. I have never had the opportunity to tell an immigration judge or asylum officer why I am afraid to return to Honduras. I told my case manager at the shelter in New York that I am afraid to return to Honduras.

18. I wrote a letter with my lawyer to ask for an opportunity to explain why I want to win asylum in the United States. That was about a week ago. I still have not spoken with anyone about my fears.

19. A judge ordered my mother deported.

20. Someone told me that I am going to be deported with my mother. I want to be with my mother, but I do not want to be deported.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July, 2018, in Dilley, Texas.

    ____[signature]_____
    ████████████████████████

## CERTIFICATION BY TRANSLATOR

I certify that I am fluent in both the English and Spanish languages and that the attached translation of the accompanying Declaration of G.M.A. is a true and correct translation of the original.

\_Gabriella Morello_____
Name of Translator

\_\_gabriella.morello@hoganlovells.com_____
Email Address

\_\_\_305.459.6500_____
Phone Number

_____
Signature

\_\_27 July 2018_____
Date

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF G.M.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |