# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF D.B.G. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

Yo, ███████████████ declaro y digo bajo 28 U.S.C. § 1746:

1. Tengo doce años. Mi idioma materno es el Español. Los hechos en esta declaración son basados en mis conocimientos personales. Yo podría testificar sobre estos hechos y lo haría si me preguntan. Yo doy esta declaración en apoyo a <u>Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.</u>

2. Tengo miedo de regresar a Honduras. La pandilla amenazó con matarme para vengarse en contra de mi mamá, quien había puesto una denuncia a la policía después de que mataron a mi primo en el segundo grado. También tengo miedo de mi papá, quien me pegó, amenazó con matarme, y me abusó emocionalmente durante toda mi vida. Mi mamá vino a los Estados Unidos por las mismas razones – tiene miedo de ser asesinada por mi papá y por la pandilla.

3. Mi mamá y yo entramos a los Estados Unidos el 25 de Mayo del 2018 para buscar protección. Fuimos detenidas en Tejas el mismo día. Oficiales de migración nos llevaron mi mamá y a mi a un lugar donde había mucho frío. Lo llamamos la *hielera* porque nos congelamos allí. Cuando entramos al edificio, el oficial nos dio a las dos sándwiches de bolonga. El oficial después apuntó hacia la puerta, indicando que quería que entrara a la celda y mi mamá comenzó a seguirme. El oficial entonces le dijo a mi mamá "tú no" y levantó su mando para que mi mamá no me siguiera.

4. Entré a la celda. Estaba frio. No había cobijas ni camas. La celda tenía un piso de cemento, y no tenía mesas ni sillas. Solo había un baño en la celda, sin puerta. No me dieron un cambio de ropa, ni un cepillo de dientes, ni ninguna otra cosa. Pienso que habían alrededor de 40 niñas en la celda conmigo. Tenían entre 8 y 17 años de edad. Todas las niñas estaban llorando,

porque, como yo, no sabían donde estaban sus madres. Yo estaba llorando también. Nunca había sido separada de mi mamá antes.

6. En uno o dos días, un oficial de inmigración me sacó de mi celda. No estoy segura de cuánto tiempo estuve en la celda antes de que hablaran conmigo porque nunca apagan las luces en la hielera. No había ventanas, y nunca podía saber cuándo era de día o de noche. El oficial de inmigración sacó mi mama de su celda también. Estuve aliviada al verla. El oficial nos tomó una foto juntas, y luego nos preguntó algunas cosas. Ellos me preguntaron mi nombre, y preguntaron si era la hija de mi mamá. Nunca me preguntaron si tenía miedo de regresar a Honduras. Si me hubieran preguntado, hubiera dicho que sí. Después de esta conversación, que duró cinco minutos o menos, regrese a mi celda sola.

7. Creo que pase tres días en total en la hielera, durmiendo en el piso frío de mi celda. Llego mi menstruación por la primera vez cuando estaba allí. No sabía que estaba pasando ni cómo pedir productos femeninos. Pase tres días con mis pantalones cubiertos en sangre menstrual.

8. Me pusieron en un carro con mi mamá, y nos manejaron a otro lugar que lo llaman la perrera. Me pusieron en una jaula con otras niñas, quienes como yo, llegaron a los Estados Unidos con sus madres. Tuvimos mucho miedo porque no sabíamos qué estaba pasando y nadie nos dio nada de información. Nunca vi a mi mamá otra vez, hasta 52 días después.

9. Muchos de los guardias en la perrera solo hablan Inglés. Yo seguía tratando de preguntar dónde estaba mi mamá. Ellos no me entendían. Se reían de mí, y luego se iban. Creo que estuve en la perrera por siete u ocho días. Un día un oficial llamó mi nombre, y el de otras niñas. Me movió a otra jaula. Una hora después me sacaron de la jaula y me dijeron que me metiera a un auto. No sabía a dónde iba. No sabía a donde estaba mi madre. Me llevaron a un lugar que se veía como un aeropuerto. Yo nunca había estado en un avión. El avión despegó. Aterrizó horas

después.Cuando aterrizamos, nos dijeron que estábamos en Miami, Florida. Me llevaron a un hogar para niños que no tienen padres.

10. Mi mamá y yo fuimos separadas por 52 días, aproximadamente desde el 25 de Mayo del 2018 hasta el 17 de Julio del 2018. Pasé todos estos días en Miami, sola, sin una madre. Personal manejaba la casa y se rotaban cada ocho horas. La casa estaba llena de termitas.

11. Después de que me separaron de mi mamá, no tuve contacto con ella por más de un mes. no sabía dónde estaba. Estaba muy triste. Lloré casi todos los días. tenía miedo de lo que me iba a pasar a mi, y no sabía si iba a ver a mi mamá de nuevo alguna vez.

12. Alrededor del 15 de Julio del 2018, me dijeron que iba a juntarme con mi mamá. Estaba tan feliz. Abracé a mi mamá por primera vez en 52 días el 17 de Julio del 2018. Ahora estamos detenidas en Dilley, Texas. Es difícil estar en la cárcel. Tuve piojos mientras he estado allí. Pero al menos estoy con mi mamá.

13. Tengo miedo de ser separada de mi mamá de nuevo, He tenido pesadillas. En mi pesadilla, me despierto y mi mamá no está. En mi pesadilla no la puedo encontrar y todo lo que hago es llorar.

14. También tengo miedo de regresar a Honduras porque no quiero que mi papá me haga más daño y no quiero ser asesinada por la mara. Quiero estar segura y libre con mi mamá.

15. Oficiales de inmigración nunca me dieron ningún papel. No recuerdo haber firmado ningún documento con inmigración. Nunca he ido a la corte de inmigración o haber tenido ninguna entrevista con un oficial de asilo. Me gustaría explicar por qué tengo miedo de regresar a honduras a un oficial de inmigración o a un juez de inmigración.

16. A través de mi abogado, he pedido la oportunidad para explicar mi miedo de regresar a Honduras, pero no he recibido respuesta. Mi abogado es la única persona que me ha preguntado si tengo miedo de regresar, y yo tengo miedo.

17. Mi mama tiene miedo de regresar a Honduras también, pero han ordenado que la deporten. Mientras estaba separada de mi madre, solo tuve la oportunidad de hablar con ella por teléfono dos o tres veces. Cada vez que hablamos, el trabajador social en mi hogar estaba presente y escuchaba nuestra conversación. Solo se nos permitía hablar por cinco minutos. Durante nuestras llamadas, no pudimos hablar de nuestros casos de inmigración y nuestro miedo de regresar a Honduras.

18. I have never been ordered deported.

19. Dos días antes de ser reunida con mi madre, my trabajador social me dijo que iba a ser deportada con mi mamá. Ella no me dijo en qué fecha iba a ser deportada, pero me dijo que iba a ser pronto.


Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que todo lo anterior es verdadero y correcto.

Ejecutado este día 26 de julio de 2018 en Dilley, Texas.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF D.B.G. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, declare and state pursuant to 28 U.S.C. § 1746:

1. I am twelve years old. My native language is Spanish. The facts in this declaration are based on my own personal knowledge. I could testify about these facts and would if asked to. I submit this declaration in support of <u>Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction</u>.

2. I am afraid to return to Honduras. The gang threatened to kill me to retaliate against my mom, who made a police report after they murdered my second cousin. I am also afraid of my father, who hit me, threatened to kill me, and emotionally abused me my entire life. My mom came to the United States for the same reasons – she fears being killed by my father and the gang.

3. My mom and I entered the United States on May 25, 2018, in search of protection. We were detained in Texas the same day. Immigration officials took my mom and I to a place that was very cold. We called it the *hielera* [translated to English as *the ice box*], because we freeze there. When we entered the building, an official gave us both bologna sandwiches. The official then pointed to the door, indicating he wanted me to go into a cell and my mom started to follow me. The official then told my mom, "you, no" and raised his hand to stop my mom from following me.

4. I entered the cell. It was cold. There were no blankets or beds. The cell had concrete floors, and no tables nor chairs. There was one toilet inside the cell, without a door. I was not given a change of clothes, nor a tooth brush, or anything else. I think there were approximately 40 girls inside the cell with me. There were between 8 and 17 years of age. All of the girls were crying, because, like me, they did not know where their mothers were. I was crying too. I'd never been separated from my mom before.

6.     After one or two days, an immigration official took me out of my cell. I'm not sure how long I was in the cell before they spoke with me because they never turn the lights off in the *hielera.* There were no windows, and I could never tell when it was day or night. The immigration official took my mom out of her cell too. I was relieved to see her. The official took a picture of us together, and then asked us some questions. They asked me my name, and asked me if I was my mom's daughter. They never asked me if I was afraid to return to Honduras. If they would have asked me, I would have said yes.  After this conversation, which lasted five minutes or less, I returned to my cell alone.

7.     I think I spent three days total in the *hielera,* laying on the cold floor of my cell.  I got my period for the first time while I was there.  I did not know what was happening or how to ask for feminine supplies. I spent three days with my pants soaked in menstrual blood.

8.     I was loaded into a car with my mom, and driven to another place called the *perrera* [translated to English as *the dog pound*]. I was placed in a cage with other girls, who like me, came to the United States with their mothers. We were very afraid because we did not know what was happening and no one gave us any information.  I never saw my mom again, until 52 days later.

9.     Many of the guards in the *perrera* only speak English. I kept trying to ask where my mom was. They could not understand me. They would laugh at me, and then walk away. I think I was in the *perrera* for seven or eight days. One day an official called my name, and the names of other girls. He moved me to another cage. An hour later I taken out of the cage, and told to get in a car. I did not know where I was going. I did not know where my mom was. They drove me to a place that looked like an airport. I had never been on a plane before. The plane

took off. Hours later, it landed. When we landed, they told us we were in Miami, Florida. I was taken to a shelter for children who do not have parents.

10. My mom and I were separated for 52 days, from approximately May 25, 2018 through July 17, 2018. I spent all of those days in Miami, alone, without a mother. Staff ran the house and rotated every eight hours. The house was filled with termites.

11. After they separated me from my mom, I did not have contact with her for over a month. I did not know where she was. I was so sad. I cried almost every day. I was scared about what would happen to me, and did not know if I would ever see my mom again.

12. Around July 15, 2018, I was told I would be reunited with my mom. I was so happy. I hugged my mom for the first time in 52 days on July 17, 2018. Now we are detained in Dilley, Texas. It is difficult to be in jail. I have gotten lice while I have been there. But at least I am with my mom.

13. I am afraid of being separated from my mom again. I have had nightmares. In my nightmare, I wake up to find my mom gone. In my dream I can't find her, and all I do is cry.

14. I also am afraid to return to Honduras because I do not want my father to hard me any more and I do not want to be killed by the mara [translated to English as the gang]. I want to be safe and free with my mom.

15. Immigration officials never gave me any paperwork. I do not remember signing any documents with immigration. I have never been to immigration court, or had an interview with any asylum officer. I would like to explain why I am afraid to return to Honduras to an immigration official or immigration judge.

16. Through my attorney, I have requested the opportunity to explain my fear of returning to Honduras, but I have not received a response. My lawyer is the only person who has asked me if I am afraid to return to Honduras, and I am afraid.

17. My mother is afraid to return to Honduras too, but they have ordered that she be deported. While I was separated from my mother, I only had the chance to speak with her by phone two or three times. Every time we spoke, the case manager at my shelter was present, and listened to our conversation. They only allowed us to speak for five minutes. During our calls, we were unable to talk about our immigration cases and our fears to return to Honduras.

18. I have never been ordered deported.

19. Two days before I was reunited with mother, my case manager told me I was going to be deported with my mother. She did not tell me what date I would be deported, but told me it would be soon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July 2018 in Dilley, Texas.

_____[signature]_____
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## CERTIFICATION BY TRANSLATOR

I certify that I am fluent in both the English and Spanish languages and that the attached translation of the accompanying Declaration of D.B.G. is a true and correct translation of the original.

_Gabriella Morello_____
Name of Translator

_gabriella.morello@hoganlovells.com_____
Email Address

__305.459.6500_____
Phone Number

_____
Signature

__27 July 2018_____
Date