# EXHIBIT 5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF A.M.C. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

Yo, ███████████████████████ declaro y digo abajo de 28 U.S.C. § 1746:

1. Tengo siete años. Hablo español. Escribo esta carta para el Juez porque que quiero que el Juez sepa lo que me pasó. Prometo decir la verdad.

2. Me mudé a los Estados Unidos con mi mamá porque teníamos miedo de vivir en Honduras. No quiero regresar a Honduras porque personas malas balearon mi casa y tiraron una bomba hacia mi casa. Esas personas malas quieren matar a mi familia. También tengo miedo porque mi papa me pega, y no me siento seguro viviendo con él.

3. No recuerdo cuando entré a los Estados Unidos. Vine con mi mamá. Viajamos mucho para llegar hasta acá. Cuando llegamos, nos llevaron a la *hielera*. Estuve allí por muchos días. Tenía hambre y frío allí. Me dieron una cobija de aluminio. Tenía sueño, pero no había una cama. En la hielera, mi mamá estaba conmigo. Ella me abrazó para que estuviera caliente, pero todavía tenía frío.

4. Un día un oficial me sacó a mi y mi mamá de nuestra celda. Le preguntó cosas a mi mamá. No sé qué cosas le preguntó. No me preguntó nada a mi.

5. Después fuimos a la perrera. Nos pusieron en una jaula juntos. Dormimos en el piso por cuatro días.

6. Un día me separaron de mi mamá. Era en Mayo. Un hombre y una mujer me llevaron a un albergue en Texas. No me dijeron por qué mi mamá no estaba conmigo. No vi a mi mamá por 50 días.

7. No hablé con mi mamá por muchos días. Cuando finalmente hablé con ella por teléfono le pregunté por qué ella no quería visitarme. Estuve triste porque la extrañaba. Había personas a las que llamábamos "señoritas" y ellas me cuidaban en lugar de mi mama.

8. El 17 de julio del 2018, vi a mi mamá otra vez. Me acuerdo porque mi cumpleaños es el 18 de julio y cumplí siete años.

9.     Ahora estoy en un centro llamado Dilley con mi mamá. Quiero estar con ella. Tengo miedo de estar sin ella porque tengo miedo de las guardias que trabajan aquí, los con camisas verdes.

10.    También tengo miedo de regresar a Honduras porque no quiero que mi papá o que las personas malas que están enojados con mi familia me hagan daño.

11.    Quiero estar en los Estados Unidos con mi mamá para que podamos estar seguros.

12.    Tengo muchos papeles en el albergue donde vivía. No se donde están. Ellos me los quitaron y no se como conseguirlos.

13.    Nunca he hablado con un oficial de inmigración ni un oficial de asilo sobre mi miedo de ser regresado a Honduras. Quiero decirles por qué tengo miedo porque no quiero ser deportado.

14.    Mi abogada me ayudó a pedir hablar con un juez de inmigración o un oficial de asilo. Escribimos una carta, pero no han respondido.

Yo declaro bajo pena de perjurio bajo las leyes de los Estados Unidos que todo lo anterior es verdadero y correcto.

Ejecutado este día 26 de julio de 2018 en Dilley, Texas.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | **CIVIL ACTION NO. _____**<br><br>**DECLARATION OF A.M.C. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

I, ███████████████████████, declare and state under 28 U.S.C. § 1746:

1. I am seven years old. I speak Spanish. I write this letter for the Judge because I want the Judge to know what happened to me. I promise to tell the truth.

2. I moved to the United States with my mother because we were afraid to live in Honduras. I do not want to return to Honduras because bad people shot bullets at my house and threw a bomb at my house. These bad people want to kill my family. I am also afraid because my dad hits me, and I do not feel safe living with him.

3. I do not remember when I entered the United States. I came with my mom. We traveled a really long way to get here. When we got here, we were taken to the *hielera* [translated to English as *the ice box*]. I was there for many days. I was hungry and cold there. They gave me an aluminum blanket. I was tired, but there was no bed. In the *hielara,* my mom was with me. She hugged me to keep me warm, but I was still cold.

4. One day an official took me and my mom out of our cell. He asked my mom questions. I do not know what he asked her. He did not ask me anything.

5. After that we went to the *perrera* [translated to English as *the dog pound*]. They put us in a cage together. We slept on the floor for four days.

6. One day they separated me from my mom. It was in May. A man and a woman drove me to a shelter in Texas. They didn't tell me why my mom wasn't with me. I did not see my mom again for 50 days.

7. I did not talk to my mom for many days. When I finally talked to her on the phone I asked her why she didn't want to visit me. I was sad because I missed her. There were ladies that we called "Miss" and they took care of me in place of my mom.

8. On July 17, 2018 I saw my mom again. I remember because my birthday is July 18 and I turned seven.

9. I am now in a center called Dilley with my mom. I want to be with her. I am scared to be without her because I am afraid of the guards who work here, the ones who wear green shirts.

10. I also am afraid to return to Honduras because I do not want my dad or the bad people who are mad at my family to hurt me.

11. I would like to stay in the United States with my mother so we can be safe.

12. I have lots of papers from the shelter where I lived. I do not know what they are. They took them away from me and I do not know how to get them.

13. I have never spoken with an immigration official or asylum officer about my fear of being returned to Honduras. I want to tell them why I am afraid because I do not want to be deported.

14. My lawyer helped me ask to see an immigration judge or asylum officer. We wrote a letter, but they have not responded.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July 2018, in Dilley, Texas.


____[signature]_____
████████████████████████████

## CERTIFICATION BY TRANSLATOR

I certify that I am fluent in both the English and Spanish languages and that the attached translation of the accompanying Declaration of A.M.C. is a true and correct translation of the original.

_Gabriella Morello_____
Name of Translator

__gabriella.morello@hoganlovells.com_____
Email Address

__305.459.6500_____
Phone Number

_____
Signature

__27 July 2018_____
Date