# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF J.M.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

Yo, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, declaro y afirmo de acuerdo con 28 U.S.C. § 1746:

1. Tengo trece años. Mi lengua materna es el español. Los hechos en esta declaración jurada se basan en mi propio conocimiento personal, y podría y debería testificar de manera competente sobre los asuntos contenidos en este documento si se me solicitara hacerlo. Presento esta declaración jurada en apoyo de la Moción de los Demandantes por Orden de Restricción Temporal e Injunction Preliminar.

2. Salí de Honduras con mi padre, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, porque la pandilla Calle 18 nos amenazó a mí y a mi padre. El viaje a los Estados Unidos fue muy dificil; pasamos por muchas cuidadas para tomar los trenes, recorrimos un mes y una semana. Dormiamos en los montes y tuvimos que pedir ayuda para alimentarmos. Mi padre y yo fuimos detenidos por agentes de inmigración de los Estados Unidos alrededor de Eagle Pass, Texas, alrededor del 20 de mayo de 2018.

3. Mi padre y yo fuimos llevados a la "hielera" y estuvimos juntos durante aproximadamente 8-10 horas. Tomaron las huellas y la fotografía de mi padre. Me hicieron algunas preguntas, no recuerdo mucho, pero recuerdo que me preguntaron mi nombre y mi edad. Creo que le hicieron otras preguntas a mi padre, pero sinceramente no recuerdo. No estaba poniendo atención a la mayoría de las preguntas que me hicieron por que estaba con mi padre y pensé que él las contestaría. Habíamos viajado bastante y estaba agotado; había poca comida, no tenía dónde dormir, no podía bañarme o cambiarme de ropa.

4. Fui separado de mi padre el 20 de mayo de 2018 y me llevaron a otra "hielera" a unas dos horas de distancia. Habían sacado a todos los padres del cuarto y luego, después de un tiempo, mi papá regresó. Su cara se veía muy seria. Me abrazó y me dijo que nos separariamos.

Ambos empezamos a llorar un poco, tambien había otros padres y sus hijos en ese cuarto, niños mucho más jóvenes que yo, que lloraban mucho. Unos minutos después me sacaron del cuarto y me llevaron con un grupo de otros niños y me dijeron que nos iban a llevar a otro lugar. Le pregunté por mi padre y todo lo que dijeron fue "te vas a ir a otro lugar". Me hicieron una revisión corporal, creo que buscaban armas, despues me subi a una camioneta con otros niños a la otra "hielera".

5. La separación fue horrible. Estaba realmente asustado porque no nos decian nada. No sabía si volvería a ver a mi papá. Le pregunté eso antes de que me llevaron, pero él no supo cómo responder.

6. En la segunda "hielera" solo eran niños. Nos dividieron por género y edad. Estuve allí un día y luego me llevaron a un refugio en San Antonio, Texas. Estuve allí por 58 días. Fue por lo menos un mes, pero creo que fue más tiempo, después de la separación que pude hablar con mi padre. Le estaba pidiendo a la gente de mi refugio que le llamaran, pero me dijeron que no podían contactarlo. Fue una llamada telefónica, y solo duro unos dos minutos. No hablamos sobre nuestro caso legal; estaba tan aliviado de escuchar su voz. Creo que los dos podríamos haber estado llorando pero sinceramente no recuerdo.

7. El tiempo entero que estuve separado no sabía si volvería a ver a mi papá. Cuando estaba en el refugio, hablé con mi madre que todavía está en Honduras. Ella tenía información sobre mi padre. No sé si ella realmente estaba hablando con él, pero ella dijo que él estaba bien. Pero no sabía si realmente lo volvería a ver.

8. Me reuní con mi padre el 17 de julio de 2018 y desde entonces hemos sido detenidos juntos en el Centro Residencial del Condado de Karnes. Ese fue un gran día. Esa mañana dijeron que iba a ver a mi papá, así que estaba muy emocionado. Hubo un par de otros

niños y nos llevaron juntos al centro de detención de mi padre, pero no entré. Cuando mi padre finalmente salió y lo vi por primera vez, fue una gran sensación de alivio. Nos abrazamos por primera vez en meses y no quería dejar su lado.

9. Tengo miedo de ser separado de mi padre otra vez.

10. También tengo miedo de regresar a Honduras porque mi papá y yo podríamos ser heridos o asesinados por la pandilla Calle 18. Me amenazaron por lo menos tres veces, pero sé que amenazaron a mi padre aún más. Lastimaron a mi papá, creo que con un cuchillo, y él tiene cicatrices. Querían que mi papá y yo nos uniéramos a la pandilla. Creo que le dijeron otras cosas a mi padre cuando lo lastimaron, pero no estoy seguro.

11. Me gustaría quedarme en los Estados Unidos con mi padre para poder solicitar asilo y buscar la seguridad de las amenazas de la pandilla Calle 18.

12. El 21 de mayo de 2018 me enviaron un Aviso de Comparecencia para un proceso de deportación, pero nunca fui a una audiencia en la corte ni hablé con un juez.

13. No he tenido la oportunidad de explicar mi miedo a regresar a Honduras a ningún oficial de asilo.

14. Através de mi abogado, pedí la oportunidad de explicar mi temor de regresar a Honduras a los de inmigración o oficiales asilo. Creo que le dijeron a mi padre que no puedo buscar asilo, y luego, hace unos días, me reuní con un oficial que me dijo que iba a tener una entrevista. Pero mi abogado me dijo que cancelaron la entrevista hoy.

15. Mi papá tiene una orden de deportación expedita que recibió el 22 de mayo de 2018. Antes de que lo consiguiera, no podía hablar conmigo sobre mi temor a regresar a Honduras porque estábamos separados.

16. No creo que tengo una orden de deportación acelerada y mi nombre no está en la orden de mi padre.

17. Mi abogado dijo que debido a que el caso de mi padre fue negado, los dos podríamos ser deportados. Pero no quiero regresar porque tengo miedo de vivir en Honduras. Quiero solicitar asilo. Y quiero que mi papá tenga esa oportunidad también.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto.

Ejecutado el 26 de julio de 2018 en el Centro Residencial del Condado de Karnes.

██████████████

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.*,<br><br>**Plaintiffs,**<br><br>v.<br><br>Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al.*,<br><br>**Defendants.** | CIVIL ACTION NO. _____<br><br>**DECLARATION OF J.M.A. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMNARY INJUNCTION** |

I, ███████████████████████████, declare and state pursuant to 28 U.S.C. § 1746:

1.  I am thirteen years old. My native language is Spanish. The facts in this declaration are based on my own personal knowledge, and could and should competently testify to the matters contained herein if called upon to do so. I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2.  I left Honduras with my father, ███████████████████████████, because the 18th Street gang threatened me and my father. The trip to the United States was very difficult; we passed through many cities to take trains, traveling one month and one week. We slept on mountains and we had to ask for help to eat. My dad and I were detained by United States immigration officers around Eagle Pass, Texas around May 20, 2018.

3.  My father and I were taken to the "ice box" and we were together for about 8-10 hours. They took my father's fingerprints and photograph. They asked me some questions—I don't remember much, but I remember them asking my name and my age. I think they asked my father other questions but I honestly don't remember. I wasn't paying attention to most of the questions they asked because I was with my dad and thought he would answer them. We had been traveling quite a bit and I was exhausted; there was little food, I had nowhere to sleep, I couldn't bathe or change my clothes.

4.  I was separated from my father on May 20, 2018, and they took me to another "ice box" about two hours away. They had taken all of the parents out of the room and then after some time, my dad returned. His face looked very serious. He hugged me and told me we would be separated. We both started crying a bit, and there were also other dads and their kids in that room—kids much younger than me—who were crying a lot. A few minutes later they took me out of the room and put me together with a group of other children and they said we were being

taken to another place. I asked about my father and all they said was "you're going to another place." They patted me down, I think to look for weapons, after I went into a van with other kids to the other "ice box."

5. The separation was horrible. I was really scared because they wouldn't tell us anything. I didn't know if I would see my dad again. I asked him that before they took me away, but he didn't know how to answer.

6. In the second "ice box" it was only children. They divided us by gender and age. I was there for about one day and then I was taken to a shelter in San Antonio, Texas. I was there for 58 days. It was at least one month, but I think longer than that, after I was separated before I actually spoke with my dad. I was asking the people at my shelter to call him, but they said they couldn't contact him. It was a phone call, and we were only on for maybe two minutes. We didn't talk about our legal case; I was just so relieved to hear his voice. I think we both might have been crying but I honestly don't remember.

7. The whole time I was separated I didn't know if I would ever see my dad again. When I was at the shelter I spoke to my mom who is still in Honduras. She had information about my dad. I don't know if she was actually talking to him, but she said that he was doing ok. But I didn't know if I would actually see him again.

8. I was reunified with my dad on July 17, 2018, and since then we've been detained together at the Karnes County Residential Center. That was a great day. That morning they said I was going to see my dad so I was very excited. There were a couple of other kids and they took us together to my dad's detention center but I didn't go inside. When my dad finally came outside and I saw him for the first time, it was a huge feeling of relief. We hugged for the first time in months and I didn't want to leave his side.

9. I am afraid of being separated from my dad again.

10. I also am afraid to return to Honduras because my dad and I might be harmed or killed by the 18th street gang. They threatened me at least three times, but I know they threatened my dad even more. They hurt my dad, I think with a knife, and he has scars. They wanted me and my dad to join the gang. I think they said other things to my dad when they harmed him but I don't know for sure.

11. I would like to stay in the United States with my dad so I can apply for asylum and seek safety from the 18th street gang's threats.

12. On May 21, 2018, they sent me a Notice to Appear for removal proceedings. but I've never gone to a court hearing nor have I spoken to a judge.

13. I have not had the opportunity to explain my fear of returning to Honduras to any asylum officers.

14. Through my attorney, I asked for the chance to explain my fear of returning to Honduras to immigration or asylum officers. I think they told my dad that I can't seek asylum, and then, a few days ago, I met with an officer who told me I was going to have an interview. But my lawyer told me that they cancelled the interview today.

15. My dad has an order for expedited removal that he got on May 22, 2018. Before he got it he could not talk to me about my fear of returning to Honduras because we were separated.

16. I do not think I have an expedited removal order and my name is not on my dad's order.

17. My lawyer said that because my dad's case has been denied, both of us might be deported. But I don't want to go back because I am afraid to live in Honduras. I want to apply for asylum. And I want my dad to have that chance too.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of July 2018, in Karnes.

_____[signed]_____

▬▬▬▬▬▬▬▬▬▬▬▬▬▬

## CERTIFICATION BY TRANSLATOR

I certify that I am fluent in both the English and Spanish languages and that the attached translation of the accompanying Declaration of J.M.A. is a true and correct translation of the original.

_Gabriella Morello_____
Name of Translator

__gabriella.morello@hoganlovells.com_____
Email Address


___305.459.6500_____
Phone Number

_____
Signature


___27 July 2018_____
Date