## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

M.M.M., ON BEHALF OF HIS
MINOR CHILD, J.M.A., ET AL.
                    **Plaintiffs,**

– v. –

JEFFERSON BEAUREGARD SESSIONS,
III, ATTORNEY GENERAL OF THE
UNITED STATES, ET AL.

                    **Defendants.**

Civil Action No. _____

## MOTION TO REQUEST EXPEDITED HEARING ON
## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, by and through their undersigned counsel, hereby file this Motion to Request Expedited Hearing on Plaintiffs' Motion for Preliminary Injunction, to be held on or before [August 9], 2018.  Pursuant to Local Civil Rule 65.1(d), Plaintiffs submit the below statement of facts which make expedition essential.

1.      Plaintiffs are migrant children who arrived in the United States with their families, seeking asylum.

2.      Plaintiffs and their parents seek asylum in the United States on account of the violence and persecution they suffered in their countries of origin.

3.      Upon arriving at the border, Plaintiffs and their parents were separated under the Government's infamous "zero tolerance" policy, and held apart in separate detention facilities.

1

This process of family separation caused Plaintiffs, their parents, and thousands of other families, extraordinary harm and extreme emotional distress.

4.      Upon separation, Plaintiffs were placed in "unaccompanied minor" status subject to Section 240 of the INA, while parents were subject to Section 235.  Both provisions of the INA provide for mandatory opportunity to access credible fear interviews, the threshold screening for possible asylum eligibility.

5.      Following a federal court order commanding family reunification, the Government offered migrant parents the opportunity to be reunified with their children "for the purposes of removal to" the parents' countries of origin.  The Government effectively leveraged the pain of family separation to coerce migrant parents into waiving their own and their children's rights to seek asylum in the United States.

6.      Plaintiffs have thus been denied access to the ability to seek asylum under either Section 235 or Section 240 of the INA.  Deporting Plaintiffs without access to credible fear interviews will return them to the violence and persecution from which they fled.  The consequences could very well be fatal.

7.      Plaintiffs' parents are subject to removal orders.  The Government intends to deport these parents, along with Plaintiffs, as soon as the families are reunited.

8.      The Court in *Ms. L v. ICE* imposed a temporary stay of deportations of reunited families, No. 18cv0428 DMS (MDD), 2018 WL 3129486 (S.D. Cal. July 16, 2018), but is holding a hearing today, July 27, 2018, on whether that stay should continue.  Absent expedited relief, Plaintiffs may be deported with their parents without credible fear interviews in a matter of days.  The risk is real, imminent, and the consequences dire.

2

9.     Plaintiffs would be unable to vindicate their rights on the merits after an erroneous deportation and would be wrongfully foreclosed from ever pursuing their asylum claims.

Under Federal Rule of Civil Procedure 65(b), the temporary restraining order that Plaintiffs seek in their accompanying Motion for Temporary Restraining Order and Preliminary Injunction will expire within 14 days of entry, if granted.  An expedited hearing on Plaintiffs' Motion for Preliminary Injunction on or before the expiration of the temporary restraining order (August 9, 2018) is necessary to prevent further harm to Plaintiffs.

For these reasons, Plaintiffs request expedited consideration of Plaintiffs' Motion for Preliminary Injunction.

July 27, 2018                                                 **HOGAN LOVELLS US LLP**

Justin W. Bernick (DC Bar No. 988245)
*T. Clark Weymouth
*Zachary W. Best
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com
t.weymouth@hoganlovells.com
zachary.best@hoganlovells.com

*Oliver J. Armas
*Ira M. Feinberg
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
oliver.armas@hoganlovells.com
ira.feinberg@hoganlovells.com

3

*Katherine A. Nelson
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Facsimile: (303) 899-7333
katherine.nelson@hoganlovells.com

* *admission pro hac vice to be sought*

*Counsel to the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2018, this motion was filed by hand delivery upon the

Clerk of the Court.  A service copy of this filing will be sent by first class mail, postage pre-paid,

to all Defendants' at the addresses listed below:

Jefferson Beauregard Sessions III,
Attorney General of the United
States of America,
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Kirstjen Nielsen, Secretary of the
United States Department of
Homeland Security,
245 Murray Lane, SW
Washington, DC 20528

Alex Azar, Secretary of the
Department of Health and Human
Services,
200 Independence Avenue, SW
Washington, DC 20201

Ronald Vitiello, Acting Director of
United States Immigration and
Customs Enforcement,
500 12th Street, SW
Washington, DC 20536

L. Francis Cissna, Director of United
States Citizenship and Immigration
Services,
20 Massachusetts Avenue, NW
Room 4210 MS: 2120
Washington, DC 20529

Kevin K. McAleenan, Commissioner
of United States Customs and Border
Protection,
1300 Pennsylvania Avenue, NW
MS: 1345
Washington, DC 20229

Scott Lloyd, Director of the Office of
Refugee Resettlement,
Mary E. Switzer Building
330 C Street, SW
Washington, DC 20201

Daniel A. Bible, Director of ICE
San Antonio Field Office
1777 NE Loop 410, Floor 15
San Antonio, TX 78217

United States Department of
Homeland Security,
245 Murray Lane, SW
MS: 0485
Washington, DC 20528

United States Immigration and
Customs Enforcement,
500 12th Street, SW
Washington, DC 20530

United States Customs and Border
Protection,
1300 Pennsylvania Avenue, NW
Washington, DC 20229

United States Citizenship and
Immigration Services,
20 Massachusetts Avenue, NW
Washington, DC 20529

U.S. Department of Health and
Human Services,
200 Independence Avenue SW
Washington, DC 20201

Office of Refugee Resettlement,
Mary E. Switzer Building
330 C Street, SW
Washington, DC 20201

Date:   July 27, 2018

Justin W. Bernick (DC Bar No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com

*Attorney for Plaintiffs*