## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.* ) ) ) ) Plaintiffs, ) ) v. ) ) Jefferson Beauregard Sessions, III, ) Attorney General of the United States, *et al.* ) ) Defendants. ) ) | Civil Action No.: _____ |

## MOTION FOR ADMISSION *PRO HAC VICE* OF KATHERINE A. NELSON

Pursuant to Local Civil Rule 83.2(d), Justin Bernick, a member of the bar of this Court and counsel for Plaintiffs, hereby moves for the admission *pro hac vice* of Katherine A. Nelson in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Ms. Nelson is an attorney with Hogan Lovells US LLP and maintains her office at 1601 Wewatta Street, Suite 900, Denver, CO 80202.

3. As set forth in the attached declaration, Ms. Nelson is an active member in good standing of the state bar of Colorado (bar number 46315); as well as the federal bars of the 10th Circuit Court of Appeals, District of Colorado and Eastern District of Texas.

4. Ms. Nelson does not wish to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Katherine A. Nelson to appear *pro hac vice* in the above-captioned case.

Date:   July 27, 2018

                                         Justin W. Bernick (DC Bar No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson Beauregard Sessions, III, Attorney General of the United States, *et al* <br><br> Defendants. | Civil Action No.: _____ |

## DECLARATION OF KATHERINE A. NELSON

I, Katherine A. Nelson, hereby certify under penalty of perjury that the following is true and correct:

1. I am an attorney with Hogan Lovells US LLP and I maintain my office at 1601 Wewatta Street, Suite 900, Denver, CO 80202. My office telephone number is (303) 454-2539.

2. I am an active member in good standing of the state bar of Colorado (bar number 46315); as well as the federal bars of the 10th Circuit Court of Appeals, District of Colorado and Eastern District of Texas.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the last two years.

5. I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 28 U.S.C.) which pertain to the jurisdiction of and practice in the

Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Date:  July 26, 2018                                *Katherine A Nelson*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.M.M., on behalf of his minor child, J.M.A., *et al.* ) ) ) ) Plaintiffs, ) ) v. ) ) v. Jefferson Beauregard Sessions, III, ) Attorney General of the United States, *et al* ) ) Defendants. ) ) | Civil Action No.: _____ |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Katherine A. Nelson it is hereby ORDERED that the Motion is GRANTED. Katherine A. Nelson is admitted *pro hac vice* and may appear on behalf of Plaintiffs in the above-captioned case.

Dated: _____

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on July 27, 2018, this motion and the accompanying declaration were filed by hand delivery upon the Clerk of the Court. A service copy of this filing will be sent by first class mail, postage pre-paid, to all Defendants' at the addresses listed below:

Jefferson Beauregard Sessions III,
Attorney General of the United
States of America,
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

Kirstjen Nielsen, Secretary of the
United States Department of
Homeland Security,
245 Murray Lane, SW
Washington, DC 20528

Alex Azar, Secretary of the
Department of Health and Human
Services,
200 Independence Avenue, SW
Washington, DC 20201

Ronald Vitiello, Acting Director of
United States Immigration and
Customs Enforcement,
500 12th Street, SW
Washington, DC 20536

L. Francis Cissna, Director of United
States Citizenship and Immigration
Services,
20 Massachusetts Avenue, NW
Room 4210 MS: 2120
Washington, DC 20529

Kevin K. McAleenan, Commissioner
of United States Customs and Border
Protection,
1300 Pennsylvania Avenue, NW
MS: 1345
Washington, DC 20229

Scott Lloyd, Director of the Office of
Refugee Resettlement,
Mary E. Switzer Building
330 C Street, SW
Washington, DC 20201

Daniel A. Bible, Director of ICE
San Antonio Field Office
1777 NE Loop 410, Floor 15
San Antonio, TX 78217

United States Department of
Homeland Security,
245 Murray Lane, SW
MS: 0485
Washington, DC 20528

United States Immigration and
Customs Enforcement,
500 12th Street, SW
Washington, DC 20530

United States Customs and Border
Protection,
1300 Pennsylvania Avenue, NW
Washington, DC 20229

United States Citizenship and
Immigration Services,
20 Massachusetts Avenue, NW
Washington, DC 20529

U.S. Department of Health and
Human Services,
200 Independence Avenue SW
Washington, DC 20201

Office of Refugee Resettlement,
Mary E. Switzer Building
330 C Street, SW
Washington, DC 20201

Date:   July 27, 2018

_____
Justin W. Bernick (DC Bar No. 988245)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
justin.bernick@hoganlovells.com

*Attorney for Plaintiffs*