AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| M.M.M., et al., | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   18-1759 |
| JEFFERSON BEAUREGARD SESSIONS, III, et al. | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants   .

Date:   07/30/2018

/s/ Jeffrey S. Robins
*Attorney's signature*

JEFFREY S. ROBINS NYSBN 4355244
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
*Address*

jeffrey.robins@usdoj.gov
*E-mail address*

(202) 616-1246
*Telephone number*

(202) 305-7000
*FAX number*