AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| M.M.M., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   18-1759 |
| JEFFERSON BEAUREGARD SESSIONS, III, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                                    .

Date:     07/31/2018

Scott G. Stewart
*Attorney's signature*

Scott G. Stewart; D.D.C. Bar #990396
*Printed name and bar number*

U.S. Department of Justice, Civil Division
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

*Address*

scott.g.stewart@usdoj.gov
*E-mail address*

(202) 307-6482
*Telephone number*

*FAX number*