# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| M.M.M., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18-1759 |
| JEFFERSON BEAUREGARD SESSIONS, III, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 08/01/2018

/s/ Briana F. Yuh
*Attorney's signature*

Briana F. Yuh, OHSBN 0096087
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Washington, DC 20044
*Address*

Briana.Yuh@usdoj.gov
*E-mail address*

(202) 532-4165
*Telephone number*

(202) 305-7000
*FAX number*