AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

M.M.M., on behalf of his minor child, J.M.A., et al. )
*Plaintiff* )
v. ) Case No.  Civil Action No. 18-1759 (PLF)
JEFFERSON BEAUREGARD SESSIONS III, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs                                                            .

Date:   08/03/2018

Zachary W.H. Best
*Attorney's signature*

Zachary W.H. Best; # 1003717
*Printed name and bar number*

Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
*Address*

zachary.best@hoganlovells.com
*E-mail address*

(202) 637-6473
*Telephone number*

(202) 637-5910
*FAX number*