**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing PLAINTIFFS' RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER, with the Clerk of the Court through the ECF system on August 4, 2018. This system provided a copy to and effected service of this document on all parties.

By: /s/ *Justin Bernick*
Justin Bernick (DC Bar No. 988245)